UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

COLUMBUS FERGUSON, :
                                  Civil Action No. 06-3166 (NLH)
    Petitioner, :

    v. :   ORDER

HARLEY G. LAPPIN, et al., :

    Respondents. :   CLOSED

    For the reasons set forth in the Opinion filed herewith, IT IS on this 6th day of November, 2006,

    ORDERED that Plaintiff's application to proceed *in forma pauperis* is hereby granted pursuant to 28 U.S.C. § 1915(a); and it is further

    ORDERED that the Petition is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction; and it is further

    ORDERED that the Clerk of the Court shall close the Court's file in this matter.

Camden, New Jersey
                                             Noel L. Hillman
                                             United States District Judge